UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CHRISTOPHER M. MONGIELLO,

                        Plaintiff,                     **ORDER**

      -against-                      24 Civ. 2291 (KMK) (AEK)

HSBC BANK USA NA AS TRUSTEE FOR
THE LMT 2006-6 TRUST FUND, A.K.A
HSBC BANK USA NA AS TRSUTEE FOR
THE LEHMAN MORTGAGE TRUST
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-6, PHH
CORPORATION, and PHH MORTGAGE,

                        Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This case has been referred to the undersigned for general pretrial supervision. ECF No. 46. On March 3, 2025, the Honorable Kenneth M. Karas issued an Order and Opinion granting Defendants' motion to dismiss. ECF No. 47. In light of the dismissal of the complaint, Plaintiff's application for permission to file a motion to compel a response to his non-party subpoena, ECF No. 45, is denied without prejudice to renewal in the future should circumstances warrant.

Dated:  March 4, 2025
          White Plains, New York

                                                            **SO ORDERED.**

                                                             ANDREW E. KRAUSE
                                                             United States Magistrate Judge